**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Laura F Bastone** | Social Security number or ITIN   xxx–xx–3793 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | **19–14977–MBK** | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Laura F Bastone

3/1/24

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 19-14977-MBK

Laura F Bastone                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 3

Date Rcvd: Mar 01, 2024                       Form ID: 3180W                                  Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura F Bastone, 77 Chestnut Way, Manalapan, NJ 07726-3835 |
| cr | + | PHH MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| sp | + | Phillip Barrood, Century 21, 3060 State Route 27, Kendall Park, NJ 08824-1663 |
| 518077573 | + | Oak Knoll Condo Assoc., 4 Walter Foran Blvd Ste 311, Flemington, NJ 08822-4668 |
| 518160164 | + | Oak Knoll Condominium Association, Inc., c/o Radom & Wetter, Vanessa S.L. Nixon,, 245 Route 22 West, Suite 201, Bridgewater, NJ 08807-2560 |
| 519766867 | + | Robert Manchel, Esq., Law Offices of Robert Manchel, Executive Center of Greentree, One Eves Drive, Suite 111, Marlton, New Jersey 08053-3125 |
| 518101760 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 01 2024 21:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 01 2024 21:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 01 2024 21:41:00 | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518077565 | | EDI: CITICORP | Mar 02 2024 02:10:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 518166101 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 01 2024 21:41:00 | CCAP Auto Lease LTD, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 518077566 | | EDI: CAPITALONE.COM | Mar 02 2024 02:10:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 518137016 | + | EDI: AIS.COM | Mar 02 2024 02:10:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518077567 | ^ | MEBN | Mar 01 2024 21:31:39 | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 518077568 | | EDI: WFNNB.COM | Mar 02 2024 02:10:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 518077569 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2024 21:48:26 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 518077575 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 01 2024 21:39:00 | Plaza Home Mortgage, Inc., 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 518077571 | | EDI: CITICORP | Mar 02 2024 02:10:00 | Macy's, PO Box 9001094, Louisville, KY 40290-1094 |

District/off: 0312-3 | User: admin | Page 2 of 3
Date Rcvd: Mar 01, 2024 | Form ID: 3180W | Total Noticed: 37

| 518258684 | EDI: Q3G.COM | | |
| | | Mar 02 2024 02:10:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518077570 | EDI: CITICORP | | |
| | | Mar 02 2024 02:10:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 518212702 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 01 2024 21:48:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519639626 | + EDI: AISMIDFIRST | | |
| | | Mar 02 2024 02:10:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 519639625 | + EDI: AISMIDFIRST | | |
| | | Mar 02 2024 02:10:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518077572 | EDI: MAXMSAIDV | | |
| | | Mar 02 2024 02:10:00 | Navient, PO Box 740351, Atlanta, GA 30374-0351 |
| 518269606 | EDI: MAXMSAIDV | | |
| | | Mar 02 2024 02:10:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 518077574 | EDI: AGFINANCE.COM | | |
| | | Mar 02 2024 02:10:00 | One Main, PO Box 742536, Cincinnati, OH 45274-2536 |
| 518169827 | + EDI: AGFINANCE.COM | | |
| | | Mar 02 2024 02:10:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518195872 | + Email/Text: RASEBN@raslg.com | | |
| | | Mar 01 2024 21:38:00 | PHH Mortgage, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518259023 | + EDI: LCIPHHMRGT | | |
| | | Mar 02 2024 02:10:00 | PHH Mortgage Corporation, 1 Mortgage Way - Mail Stop SV-22, Mount Laurel, NJ 08054-4637 |
| 518249757 | EDI: PRA.COM | | |
| | | Mar 02 2024 02:10:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518249762 | EDI: PRA.COM | | |
| | | Mar 02 2024 02:10:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518253069 | EDI: PRA.COM | | |
| | | Mar 02 2024 02:10:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 518242056 | EDI: Q3G.COM | | |
| | | Mar 02 2024 02:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518395843 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Mar 01 2024 21:38:00 | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695 |
| 518077576 | EDI: SYNC | | |
| | | Mar 02 2024 02:10:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518077577 | EDI: SYNC | | |
| | | Mar 02 2024 02:10:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PHH Mortgage, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0312-3                                     User: admin                                          Page 3 of 3
Date Rcvd: Mar 01, 2024                                  Form ID: 3180W                                       Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor PHH Mortgage ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor PHH MORTGAGE CORPORATION hkaplan@rasnj.com  kimwilson@raslg.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Robert Manchel | on behalf of Debtor Laura F Bastone manchellaw@yahoo.com  manchel.robertb132225@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor PHH Mortgage sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor PHH MORTGAGE CORPORATION sdeluca@hasbanilight.com  hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor PHH MORTGAGE CORPORATION smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11